United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS VERN HULSTEDT, <br> Plaintiff, <br> v. <br> STATE OF CALIFORNIA, et al., <br> Defendants. | Case No. 22-cv-07439-TSH <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Hulstedt v. Medical Board of California,* 22-cv-06688-HSG.

**IT IS SO ORDERED.**

Dated: December 1, 2022

THOMAS S. HIXSON
United States Magistrate Judge