UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS VERN HULSTEDT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT ANDRES BONTA and others,<br><br>　　　　　Defendants. | Case Nos. 5:23-cv-02003 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to 4:22-cv-06688 HSG, *Hulstedt v. Medical Board of California, and others,* and 4:22-cv-07439 HSG, *Hulstedt v. State of California, and others.*

**IT IS SO ORDERED.**

Dated: May 8, 2023

　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 23-cv-02003 NC
SUA SPONTE JUDICIAL REFERRAL